# Court of Appeals
# of the State of Georgia

ATLANTA, November 15, 2024

*The Court of Appeals hereby passes the following order*

**A25D0104. CHRISTINE M. WILKINSON et al v. DHAR JATTIPATTI/ D23 LLC.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

24CV003933



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, November 15, 2024.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*